# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHWAY, LLC, an Oklahoma limited liability company d/b/a MARKET SOURCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SX THREE, LLC, a Texas limited liability company,<br><br>　　　　Defendant. | )<br>)<br>)<br>)  Case No. CIV-25-21-SLP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **O R D E R**

Before the Court is Plaintiff's Motion for Compensation of Attorney and Brief in Support [Doc. No. 11]. The Court previously granted Plaintiff's Motion for Entry of Default and awarded Plaintiff damages on its breach of contract claim in the amount of $136,180.83 together with post-judgment interest at the statutory rate. *See* Order [Doc. No. 10]. The Court also found Defendant was liable to Plaintiff for a reasonable attorney fee, but directed Plaintiff to supplement its request with an affidavit to support the amount and reasonableness of the requested attorney fee. *See id*.

Plaintiff has now supported its request for a reasonable attorney fee with the affidavit of its counsel, G. Rudy Hiersche, Jr. Plaintiff seeks an award of fees in the amount of $12,720.00 and costs in the amount of $465.00. Upon review and considering the applicable two-step process, *see State ex rel. Burk v. City of Oklahoma City,* 598 P.2d 659 (Okla. 1979), the Court finds the amount of attorney fees requested is reasonable and

awards Plaintiff its attorney fees. Plaintiff, however, must separately move for costs. *See* LCvR 54.1. Accordingly, the Court declines to award costs at this time.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Compensation of Attorney and Brief in Support [Doc. No. 11] is GRANTED IN PART. Plaintiff is awarded attorney fees in the amount of $12,720.00. The Motion is DENIED as to the request for costs. A separate default judgment shall be entered.

IT IS SO ORDERED this 22nd day of April, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE